**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1855

TONY L. LAMBERT,

        Plaintiff - Appellant,

      v.

FRANK KENDALL, Secretary, Department of the Air Force,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:22-cv-02234-DCN)

Submitted:  December 14, 2023           Decided:  December 18, 2023

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tony L. Lambert, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony L. Lambert appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant's motion to dismiss or, in the alternative, for summary judgment in Lambert's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, although we grant Lambert's motion to supplement his informal brief, we affirm the district court's judgment. *Lambert v. Kendall*, No. 2:22-cv-02234-DCN (D.S.C. June 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*